# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Tammi L. Crowl**  
       **Kenneth J. Crowl**

                 **Debtor(s)**

**BK NO. 17-04321 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW2 and index same on the master mailing list.

                                Respectfully submitted,

                                /s/ *Michael Farrington*  
                                Michael Farrington  
                                08 Dec 2023, 16:59:27, EST

                                KML Law Group, P.C.  
                                BNY Mellon Independence Center  
                                701 Market Street, Suite 5000  
                                Philadelphia, PA 19106  
                                215-627-1322