UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE: CASE NO.: 17-04321
CHAPTER 13

Tammi L Crowl,
   Debtor.

Kenneth J. Crowl,
   Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Wells Fargo Bank, N.A., as Trustee , for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW2 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Authorized Agent for Secured Creditor
    13010 Morris Road, Suite 450
    Alpharetta, GA  30004
    Telephone: 470-321-7112

    By: /s/Robert Shearer
        Robert Shearer
        Email: rshearer@raslg.com

# CERTIFICATE OF SERVICE

       **I HEREBY CERTIFY** that on April 17, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

TAMMI L CROWL
511 BEAVER ROAD
HARRISBURG, PA 17112

KENNETH J. CROWL
511 BEAVER ROAD
HARRISBURG, PA 17112

And via electronic mail to:

GREGORY S HAZLETT
7 WEST MAIN STREET
MECHANICSBURG, PA 17055

JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

**Asst. U.S. Trustee**
**United States Trustee**
**228 Walnut Street, Suite 1190**
**Harrisburg, PA 17101**

                                          By: /s/ Amber Matas