UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE:<br><br>Tammi L. Crowl and<br>Kenneth J. Crowl,<br>    Debtors.<br><br>Select Portfolio Servicing, Inc.,<br>    Movant,<br><br>Tammie L. Crowl and<br>Kenneth J. Crowl,<br>    Debtors/Respondents,<br><br>Jack N. Zaharopoulos, Esquire,<br>    Trustee/Respondent. | CASE NO.: 1:17-bk-04321-HWV<br><br>CHAPTER 13<br><br>Related to Document No: 90 |

## CERTIFICATE OF NO RESPONSE

    The undersigned hereby certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Loan Modification, filed at Docket No. 90, appears thereon. It is hereby respectfully requested that the Order granting the Movant's Motion to Approve Loan Modification be entered by the Court.

Dated: June 10, 2024

    **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Telephone: (470) 321-7112
By: /s/ Michelle L. McGowan
Michelle L. McGowan, Esquire
Bar ID: 62414
Email: mimcgowan@raslg.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE:<br><br>**Tammi L. Crowl and**<br>**Kenneth J. Crowl,**<br>    Debtors.<br><br>**Select Portfolio Servicing, Inc.,**<br>    Movant,<br><br>**Tammi L. Crowl and**<br>**Kenneth J. Crowl,**<br>    Debtor/Respondent,<br><br>**Jack N. Zaharopoulos Esquire,**<br>    Trustee/Respondent. | CASE NO.: 1:17-bk-04321-HWV<br><br>CHAPTER 13<br><br>Related to Document No: 90 |

## CERTIFICATE OF SERVICE OF THE CERTIFICATE OF NO RESPONSE TO NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING FOR MOTION TO APPROVE LOAN MODIFICATION

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on June 10, 2024, I served copies of the Certificate Of No Response upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

**Tammi L. Crowl**
511 Beaver Road
Harrisburg, PA 17112

Kenneth J. Crowl
511 Beaver Road
Harrisburg, PA 17112

**Jack N. Zaharopoulos, Esq**.
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

**Gregory S. Hazlett, Esq.**
7 West Main Street
Mechanicsburg, PA 17055

**Asst. U.S. Trustee**
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

By: /s/ Michelle L. McGowan
    Michelle L. McGowan, Esq.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| IN RE:<br><br>Tammi L. Crowl and<br>Kenneth J. Crowl<br><br>    Debtors<br><br>Select Portfolio Servicing, Inc.<br>    Movant<br><br>Tammi L. Crowl and<br>Kenneth J. Crowl<br>    Debtors/Respondents<br><br>Jack N. Zaharopoulos, Esquire<br>    Trustee/Respondent | CASE NO.: 1:17-bk-04321-HWV<br><br>CHAPTER 13 |

## ORDER ON MOTION TO APPROVE

AND NOW, this ___ day of _____, 2024, it is hereby **ORDERED** that Tammi L. Crowl and Kenneth J. Crowl (the "Debtors") and Select Portfolio Servicing, Inc. as Servicer for Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW2 (the "Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtor and Mortgagee may do without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

It is further **ORDERED** that in the event the parties enter into a loan modification, the Debtors shall (1) amend Schedules I and J to reflect any changes as a result of the modification, and (2) file an amended Chapter 13 plan reflecting the modification.

It is further ORDERED that the Mortgagee shall amend their Proof of Claim to reflect the modification and remaining arrearages.

_____
Henry W. Van Eck, Chief Bankruptcy Judge

Tammi L. Crowl
511 Beaver Road
Harrisburg, PA 17112

Kenneth J. Crowl
511 Beaver Road
Harrisburg, PA 17112

Gregory S. Hazlett, Esq.
7 West Main Street
Mechanicsburg, PA 17055

Jack N. Zaharopoulos, Esq.
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee
Office of the United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101