UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE : | CHAPTER 13 |
| TAMMI L. CROWL, : | |
| KENNETH J. CROWL : | |
|     Debtors : | CASE NO. 1-17-bk-04321-HWV |
| : | |
| JACK N. ZAHAROPOULOS : | |
| CHAPTER 13 TRUSTEE, : | |
|     Movant : | |
| : | |
|     vs. : | |
| : | MOTION TO DISMISS |
| TAMMI L. CROWL, : | |
| KENNETH J. CROWL : | |
|     Respondents : | |

**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, this 22nd day of August, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his attorney Douglas R. Roeder, Esquire, hereby moves this Honorable Court to dismiss the above-captioned Chapter 13 bankruptcy case in accordance with § 1307(c) for failure to account for a personal injury recovery in Debtor's Plan, and in support thereof, states as follows:

1. On October 17, 2017, the Debtor filed a Petition under Chapter 13 of the Bankruptcy Code. (ECF No. 1).

2. The Honorable Henry W. Van Eck confirmed the Debtor's Amended Chapter 13 Plan by Order dated October 24, 2018. (ECF No. 59) (the "Plan").

3. Pursuant to §1306(a), "property of the estate includes, in additional to the property specified in section 541 of this title…(1) all property of the kind specified in such section that the debtor acquires after the commencement of the case but before the case is closed, dismissed or converted…"

4. A large personal injury recovery was not accounted for in Debtor's Plan.

5. Debtor has declined to modify her Plan to account for the large personal injury recovery.

6. The time for Debtor to complete her plan payments has expired, and now modification of the Plan is no longer possible.

7. Accordingly, the Trustee hereby moves to dismiss the case.

8. Notice of Hearing is included with this Motion to Dismiss.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case and grant any further relief that is equitable and just.

Respectfully submitted,

Date: August 22, 2024

/s/Douglas R. Roeder, Esquire
Attorney ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| TAMMI L. CROWL, | : | |
| KENNETH J. CROWL | : | |
|     Debtors | : | CASE NO. 1-17-bk-04321-HWV |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     Movant | : | |
| | : | |
| vs. | : | |
| | : | MOTION TO DISMISS |
| TAMMI L. CROWL, | : | |
| KENNETH J. CROWL | : | |
|     Respondents | : | |

## **NOTICE**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania filed a Motion to Dismiss on August 22, 2024.

If you object to the relief requested, you must file your objection/response on or before September 12, 2024, with the Clerk of Bankruptcy Court, Sylvia H. Rambo United States Courthouse, 501 North 6th Street, Harrisburg, PA 17102, and serve a copy on the Trustee and/or the United States Trustee.

A hearing has been scheduled for September 25, 2024, at 9:35 a.m. at U.S. Bankruptcy Court, Sylvia H. Rambo United States Courthouse Bankruptcy Courtroom 4B, 4th Floor, 501 North 6th Street, Harrisburg, PA 17102, and will be held regardless of any objections or responses having been filed.

                                                                                Respectfully submitted,

Date: August 22, 2024                          /s/ Douglas R. Roeder, Esquire
                                                                                 Attorney ID: 80016
                                                                                 Attorney for Trustee
                                                                                 Jack N. Zaharopoulos
                                                                                 Standing Chapter 13 Trustee
                                                                                 8125 Adams Drive, Suite A
                                                                                 Hummelstown, PA 17036
                                                                                 Phone: (717) 566-6097
                                                                                 Email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| TAMMI L. CROWL, | : | |
| KENNETH J. CROWL | : | |
|     Debtors | : | CASE NO. 1-17-bk-04321-HWV |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     Movant | : | |
| | : | |
|     vs. | : | |
| | : | MOTION TO DISMISS |
| TAMMI L. CROWL, | : | |
| KENNETH J. CROWL | : | |
|     Respondents | : | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 22, 2024, I served a copy of this Motion to Dismiss, Notice, and Proposed Order on the following parties from Hummelstown, PA, unless served electronically:

### SERVED ELECTRONICALLY

UNITED STATE TRUSTEE  
1501 NORTH 6ᵀᴴ STREET  
P.O. BOX 302  
HARRISBURG, PA 17102

GREGORY S. HAZLETT, ESQUIRE  
7 WEST MAIN STREET  
MECHANICSBURG, PA 17055-

### SERVED BY FIRST CLASS MAIL

TAMMI L CROWL  
KENNETH J. CROWL  
117 LINCOLN PL  
HARRISBURG, PA 17112

SEE ATTACHED MATRIX

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 22, 2024

/s/ Tammy Life  
Office of the Standing Chapter 13 Trustee  
Jack N. Zaharopoulos  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036  
Phone: (717) 566-6097  
email: info@pamd13trustee.com

Label Matrix for local noticing
0314-1
Case 1:17-bk-04321-HWV
Middle District of Pennsylvania
Harrisburg
Thu Aug 22 11:55:47 EDT 2024

Lower Paxton Township Sewer Authority
425 Prince Street, Suite 139
Harrisburg, PA 17109-2892

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Wells Fargo Bank, N.A.
Robertson, Anschutz, Schneid, Crane & Pa
13010 Morris Road., Suite 450
Alpharetta, GA 30004-2001

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

ASPIRE URGENT CARE
49 prince street
Harrisburg, PA 17109-3113

CACH LLC
C/O Allan C. Smith, Esquire
276 Veterans Highway E-1
Bristol, PA 19007

CACH, LLC
c/o Resurgent Capital Services
PO BOX 10675
Greenville, SC 29603-0675

First Associates Loan Servicing, LLC
as agent for PEAKS Private Student Loan
PO Box 503430
San Diego, CA 92150-3430

LVNV Funding, LLC its successors and assigns
assignee of MHC Receivables, LLC and
FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lower Paxton Township Authority
425 Prince Street
Suite 139
Harrisburg, PA 17109-3053

MCKESSON PATIENT CARE SOLUTIONS
po box 645034
Pittsburgh, PA 15264-5034

Mike Hess
392 East Airy Road
Dillsburg, PA 17019

Navient Solutions LLC. on behalf of: dept of
po box 9635
wilkes barre, PA 18773-9635

Office of UC Benefits
Claimant Services
po box 67503
Harrisburg, PA 17106-7503

Office of UC benefits
651 Boas St. room 525
Harrisburg, PA 17121-0751

PA HOUSING FINANCE AGENCY
PO BOX 15206
Harrisburg, PA 17105-5206

(p)PENNSYLVANIA HOUSING FINANCE AGENCY
211 NORTH FRONT STREET
HARRISBURG PA 17101-1406

PP&L
2 NORTH 9TH ST. CPC GENN1
Allentown, PA 18101-1139

PP&L Electric Untilities
827 Hausman Road
Allentown, PA 18104-9392

PPL Electric Utilities
827 Hausman Road
Allentown, PA 18104-9392

Pennsylvania Housing Finance agency
po box 15057
Harrisburg, PA 17105-5057

Pennsylvania housing finance agency
po box 13280
Philadelphia, PA 19101-3280

Pinnacle Credit Services, LLC its successors
assigns as assignee of Cellco
Partnership d/b/a Verizon Wireless
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

RECEIVABLES MANAGEMENT SYSTEMS
7206 hull street road
suite 21
Richmond, VA 23235-5827

STEVEN A. STINE, ESQUIRE
23 Waverly Drive
Hummelstown, PA 17036-9258

Select Portfolio Servicing
3815 south west temple
suite 2000
Salt Lake City, UT 84115

(p)SNAP ON CREDIT
950 TECHNOLOGY WAY
SUITE 301
LIBERTYVILLE IL 60048-5339

| | | |
|---|---|---|
| T Mobile/T-Mobile USA Inc<br>by American InfoSource LP as agent<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 |
| Wells Fargo Bank , N.A., as Trustee<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Wells Fargo Bank, N.A.<br>Robertson, Anschutz, Schneid, Crane<br>13010 Morris Road., Suite 450<br>Alpharetta, GA 30004-2001 | afni inc.<br>po box 3247<br>Bloomington, IL 61702-3247 |
| arcadia recovery bureau<br>645 penn street floor 4<br>Reading, PA 19601-3559 | arcadia recovery bureau<br>po box 70256<br>Philadelphia, PA 19176-0256 | berks credit & collection<br>900 corporate drive<br>Reading, PA 19605-3340 |
| berks credit & collection<br>po box 329<br>Temple, PA 19560-0329 | comenity bank boscovs<br>po box 182120<br>Columbus, OH 43218-2120 | comenity bank lane bryant<br>po box 182789<br>Columbus, OH 43218-2789 |
| commercial acceptance<br>2 west main street<br>Camp Hill, PA 17011-6326 | commercial acceptance co.<br>po box 3268<br>Camp Hill, PA 17011-3268 | commonwealth financial systems<br>120 north keyser avenue<br>Scranton, PA 18504-9701 |
| credence resource managment<br>17000 dallas parkway<br>suuite 204<br>Dallas, TX 75248-1940 | credit one bank<br>po box 98873<br>Las Vegas, NV 89193-8873 | department of education navient<br>po box 9635<br>Wilkes Barre, PA 18773-9635 |
| direct tv<br>po box 78626<br>Phoenix, AZ 85062-8626 | enhanced recovery company<br>po box 23870<br>Jacksonville, FL 32241-3870 | first premier bank<br>3820 north louise avenue<br>Sioux Falls, SD 57107-0145 |
| first premier bank<br>601 south minnesota avenue<br>Sioux Falls, SD 57104-4868 | matco tools<br>c/o david hammaker<br>340 new bloomfiled road<br>Duncannon, PA 17020-9503 | midland funding llc<br>2365 northside drive suite 300<br>San Diego, CA 92108-2710 |
| midland funding llc<br>c/o Paul Klemm, Esquire<br>425 Eagle Rock Ave. suite 170<br>Roseland, NJ 07068-1717 | (p)PRESSLER FELT & WARSHAW LLP<br>7 ENTIN RD<br>PARSIPPANY NJ 07054-5020 | midland funding llc<br>c/o burton neil & associates<br>1060 andrew drive, suite 170<br>West Chester, PA 19380-5601 |
| orthopedic institute of pa<br>3399 trindle road Floor 1<br>Camp Hill, PA 17011-2286 | patricia cobb, esquire<br>120 north keyser avenue<br>Scranton, PA 18504-9701 | peerless credit services<br>po box 518<br>Middletown, PA 17057-0518 |

| | | |
|---|---|---|
| pennsylvania housing finance<br>211 north front st.<br>Harrisburg, PA 17101-1406 | pinnacle llc resurgent<br>po box 10497<br>c/o resurgent capital services<br>Greenville, SC 29603-0497 | quantum imaging & Therapeutic asso<br>op box 62165<br>Baltimore, MD 21264-2165 |
| quest diagnostics<br>po box 740775<br>Cincinnati, OH 45274-0775 | riveside anethesia<br>1 rutherford road suuite 101<br>Harrisburg, PA 17109-4500 | sps<br>po box 55170<br>Jacksonville, FL 32255-1170 |
| verizon<br>500 technology drive<br>Suite 300<br>weldon srpings, MO 63304-2225 | verizon wireless southeast<br>po box 26055<br>Minneapolis, MN 55426-0055 | webbbank fingerhut<br>6250 ridgewood rd.<br>Saint Cloud, MN 56303-0820 |
| youngs medical equipment<br>po box 95000-7045<br>Philadelphia, PA 19195-7045 | Gregory S Hazlett<br>7 West Main Street<br>Mechanicsburg, PA 17055-6230 | (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| Kenneth J. Crowl<br>511 Beaver Road<br>Harrisburg, PA 17112-3023 | Tammi L Crowl<br>511 Beaver Road<br>Harrisburg, PA 17112-3023 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| PHFA/HEMAP<br>211 NORTH FRONT ST<br>PO BOX 8029<br>HARRISBURG, PA 17105 | Snap-on Credit LLC<br>950 Technology Way<br>Suite 301<br>Libertyville, IL 60048 | midland funding llc<br>c/o Pressler & Pressler LLP<br>7 Entin Road<br>Parsippany, NJ 07054-5020 |
| (d)snap on credit llc<br>po box 506<br>Gurnee, IL 60031 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Select Portfolio Servicing, Inc. | (u)Wells Fargo Bank, N.A., as Trustee , for P | (d)Lower Paxton Township Sewer Authority<br>425 Prince Street<br>Suite 139<br>Harrisburg, PA 17109-2892 |

| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (d)Wells Fargo Bank, N.A., as Trustee<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | End of Label Matrix<br>Mailable recipients 73<br>Bypassed recipients 5<br>Total 78 |
|---|---|---|