United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Tammi L Crowl  
Kenneth J. Crowl  
    Debtors

Case No. 17-04321-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4  
Date Rcvd: Sep 26, 2024     Form ID: ordsmiss     Total Noticed: 69

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Tammi L Crowl, 511 Beaver Road, Harrisburg, PA 17112-3023 |
| jdb | #+ | Kenneth J. Crowl, 511 Beaver Road, Harrisburg, PA 17112-3023 |
| 4981076 | + | ASPIRE URGENT CARE, 49 prince street, Harrisburg, PA 17109-3113 |
| 4981079 | | CACH LLC, C/O Allan C. Smith, Esquire, 276 Veterans Highway E-1, Bristol, PA 19007 |
| 4995448 | + | First Associates Loan Servicing, LLC, as agent for PEAKS Private Student Loan, PO Box 503430, San Diego, CA 92150-3430 |
| 4981092 | + | Lower Paxton Township Authority, 425 Prince Street, Suite 139, Harrisburg, PA 17109-3053 |
| 5007329 | + | Lower Paxton Township Sewer Authority, 425 Prince Street, Suite 139, Harrisburg, PA 17109-2892 |
| 4981094 | | MCKESSON PATIENT CARE SOLUTIONS, po box 645034, Pittsburgh, PA 15264-5034 |
| 4981102 | | Mike Hess, 392 East Airy Road, Dillsburg, PA 17019 |
| 4981104 | | Office of UC Benefits, Claimant Services, po box 67503, Harrisburg, PA 17106-7503 |
| 4981103 | + | Office of UC benefits, 651 Boas St. room 525, Harrisburg, PA 17121-0751 |
| 4981114 | + | PP&L Electric Untilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 4981110 | | Pennsylvania housing finance agency, po box 13280, Philadelphia, PA 19101-3280 |
| 4981120 | ++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339 address filed with court:, snap on credit llc, po box 506, Gurnee, IL 60031 |
| 4981122 | + | STEVEN A. STINE, ESQUIRE, 23 Waverly Drive, Hummelstown, PA 17036-9258 |
| 4981074 | | arcadia recovery bureau, po box 70256, Philadelphia, PA 19176-0256 |
| 4981082 | + | commercial acceptance, 2 west main street, Camp Hill, PA 17011-6326 |
| 4981083 | | commercial acceptance co., po box 3268, Camp Hill, PA 17011-3268 |
| 4981093 | + | matco tools, c/o david hammaker, 340 new bloomfiled road, Duncannon, PA 17020-9503 |
| 4981097 | + | midland funding llc, c/o Paul Klemm, Esquire, 425 Eagle Rock Ave. suite 170, Roseland, NJ 07068-1717 |
| 4981096 | + | midland funding llc, c/o burton neil & associates, 1060 andrew drive, suite 170, West Chester, PA 19380-5601 |
| 4981105 | + | orthopedic institute of pa, 3399 trindle road Floor 1, Camp Hill, PA 17011-2286 |
| 4981107 | + | patricia cobb, esquire, 120 north keyser avenue, Scranton, PA 18504-9701 |
| 4981109 | + | pennsylvania housing finance, 211 north front st., Harrisburg, PA 17101-1406 |
| 4981115 | | quantum imaging & Therapeutic asso, op box 62165, Baltimore, MD 21264-2165 |
| 4981118 | + | riveside anethesia, 1 rutherford road suuite 101, Harrisburg, PA 17109-4500 |
| 4981121 | | sps, po box 55170, Jacksonville, FL 32255-1170 |
| 4981126 | | youngs medical equipment, po box 95000-7045, Philadelphia, PA 19195-7045 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Sep 26 2024 18:41:00 | Wells Fargo Bank, N.A., Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

| Recipient ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| 5027830 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2024 18:43:20 | CACH, LLC, c/o Resurgent Capital Services, PO BOX 10675, Greenville, SC 29603-0675 |
| 5027980 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2024 18:43:27 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5007036 | EDI: MAXMSAIDV | Sep 26 2024 22:36:00 | Navient Solutions LLC. on behalf of: dept of ed, po box 9635, wilkes barre, PA 18773-9635 |
| 4981106 | Email/Text: blegal@phfa.org | Sep 26 2024 18:41:00 | PA HOUSING FINANCE AGENCY, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 5034707 | Email/Text: blegal@phfa.org | Sep 26 2024 18:41:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 4981113 | ^ MEBN | Sep 26 2024 18:35:49 | PP&L, 2 NORTH 9TH ST. CPC GENN1, Allentown, PA 18101-1139 |
| 5010613 | ^ MEBN | Sep 26 2024 18:35:52 | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 4981693 | + EDI: PRA.COM | Sep 26 2024 22:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4981095 | Email/Text: signed.order@pfwattorneys.com | Sep 26 2024 18:41:00 | midland funding llc, c/o Pressler & Pressler LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 4981111 | Email/Text: blegal@phfa.org | Sep 26 2024 18:41:00 | Pennsylvania Housing Finance agency, po box 15057, Harrisburg, PA 17105-5057 |
| 5028207 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2024 18:43:20 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5025141 | EDI: Q3G.COM | Sep 26 2024 22:36:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5025388 | EDI: Q3G.COM | Sep 26 2024 22:36:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4981117 | Email/Text: joey@rmscollect.com | Sep 26 2024 18:41:00 | RECEIVABLES MANAGEMENT SYSTEMS, 7206 hull street road, suite 21, Richmond, VA 23235-5827 |
| 4988861 | Email/Text: legalservices12@snaponcredit.com | Sep 26 2024 18:41:00 | Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 4981119 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 26 2024 18:41:00 | Select Portfolio Servicing, 3815 south west temple, suite 2000, Salt Lake City, UT 84115 |
| 4985336 | EDI: AIS.COM | Sep 26 2024 22:36:00 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5002912 | EDI: AIS.COM | Sep 26 2024 22:36:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5029177 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 26 2024 18:41:00 | Wells Fargo Bank , N.A., as Trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5610706 | + Email/Text: RASEBN@raslg.com | Sep 26 2024 18:41:00 | Wells Fargo Bank, N.A., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 4981072 | + Email/Text: EBNProcessing@afni.com | Sep 26 2024 18:41:00 | afni inc., po box 3247, Bloomington, IL 61702-3247 |
| 4981073 | + Email/Text: rperez@arcadiarecovery.com | Sep 26 2024 18:41:00 | arcadia recovery bureau, 645 penn street floor 4, Reading, PA 19601-3559 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 4981077 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Sep 26 2024 18:41:00 | berks credit & collection, 900 corporate drive, Reading, PA 19605-3340 |
| 4981078 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Sep 26 2024 18:41:00 | berks credit & collection, po box 329, Temple, PA 19560-0329 |
| 4981080 | + | EDI: WFNNB.COM | Sep 26 2024 22:36:00 | comenity bank boscovs, po box 182120, Columbus, OH 43218-2120 |
| 4981081 | + | EDI: WFNNB.COM | Sep 26 2024 22:36:00 | comenity bank lane bryant, po box 182789, Columbus, OH 43218-2789 |
| 4981084 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Sep 26 2024 18:41:00 | commonwealth financial systems, 120 north keyser avenue, Scranton, PA 18504-9701 |
| 4981085 | + | Email/Text: bankruptcy@credencerm.com | Sep 26 2024 18:41:00 | credence resource managment, 17000 dallas parkway, suuite 204, Dallas, TX 75248-1940 |
| 4981086 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2024 18:43:14 | credit one bank, po box 98873, Las Vegas, NV 89193-8873 |
| 4981087 | + | EDI: MAXMSAIDV | Sep 26 2024 22:36:00 | department of education navient, po box 9635, Wilkes Barre, PA 18773-9635 |
| 4981088 | | EDI: DIRECTV.COM | Sep 26 2024 22:36:00 | direct tv, po box 78626, Phoenix, AZ 85062-8626 |
| 4981089 | | Email/Text: bknotice@ercbpo.com | Sep 26 2024 18:41:00 | enhanced recovery company, po box 23870, Jacksonville, FL 32241-3870 |
| 4981090 | + | EDI: AMINFOFP.COM | Sep 26 2024 22:36:00 | first premier bank, 601 south minnesota avenue, Sioux Falls, SD 57104-4868 |
| 4981091 | | EDI: AMINFOFP.COM | Sep 26 2024 22:36:00 | first premier bank, 3820 north louise avenue, Sioux Falls, SD 57107-0145 |
| 4981098 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2024 18:41:00 | midland funding llc, 2365 northside drive suite 300, San Diego, CA 92108-2710 |
| 4981112 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2024 18:43:26 | pinnacle llc resurgent, po box 10497, c/o resurgent capital services, Greenville, SC 29603-0497 |
| 4981116 | | Email/Text: BankruptcyMail@questdiagnostics.com | Sep 26 2024 18:41:00 | quest diagnostics, po box 740775, Cincinnati, OH 45274-0775 |
| 4981123 | + | EDI: VERIZONCOMB.COM | Sep 26 2024 22:36:00 | verizon, 500 technology drive, Suite 300, weldon srpings, MO 63304-2225 |
| 4981124 | | EDI: VERIZONCOMB.COM | Sep 26 2024 22:36:00 | verizon wireless southeast, po box 26055, Minneapolis, MN 55426-0055 |
| 4981125 | + | EDI: BLUESTEM | Sep 26 2024 22:36:00 | webbbank fingerhut, 6250 ridgewood rd., Saint Cloud, MN 56303-0820 |

TOTAL: 41

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Lower Paxton Township Sewer Authority, 425 Prince Street, Suite 139, Harrisburg, PA 17109-2892 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4981100 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, midland funding llc, c/o Pressler & Pressler LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5029178 | * | Wells Fargo Bank, N.A., as Trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 4981075 | * | arcadia recovery bureau, po box 70256, Philadelphia, PA 19176-0256 |
| 4981099 | *+ | midland funding llc, 2365 northside drive suite 300, San Diego, CA 92108-2710 |
| 4981101 | *+ | midland funding llc, 2365 northside drive suite 300, San Diego, CA 92108-2710 |
| 4981108 | ##+ | peerless credit services, po box 518, Middletown, PA 17057-0518 |

TOTAL: 0 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank N.A., as Trustee , for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW2 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gregory S Hazlett | on behalf of Debtor 2 Kenneth J. Crowl adlitem@pa.net hazlettgreg123@gmail.com |
| Gregory S Hazlett | on behalf of Debtor 1 Tammi L Crowl adlitem@pa.net hazlettgreg123@gmail.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Joseph R. Baranko, Jr. | on behalf of Creditor Lower Paxton Township Sewer Authority josephb@slusserlawfirm.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Wells Fargo Bank N.A., as Trustee , for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW2 ldoyle@squirelaw.com, LOGSECF@logs.com |
| Matthew Christian Waldt | on behalf of Creditor Select Portfolio Servicing Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Matthew Christian Waldt | on behalf of Creditor Wells Fargo Bank N.A., as Trustee , for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW2 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Michelle McGowan | on behalf of Creditor Wells Fargo Bank N.A., as Trustee , for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW2 mimcgowan@raslg.com |
| Robert Shearer | on behalf of Creditor Wells Fargo Bank N.A. rshearer@raslg.com |
| Roger Fay | on behalf of Creditor Wells Fargo Bank N.A., as Trustee , for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW2 rfay@alaw.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Tammi L Crowl,

**Debtor 1**

Kenneth J. Crowl,

**Debtor 2**

Chapter 13

Case No. 1:17−bk−04321−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*(signature)*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 26, 2024

ordsmiss (05/18)