UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

In re: TAMMI L CROWL § Case No. 1:17-bk-04321
KENNETH J. CROWL §
§
Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

Jack N. Zaharopoulos, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 10/17/2017.

2) The plan was confirmed on 10/24/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 05/08/2019, 05/16/2019, 11/01/2019, 11/26/2019.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 12/12/2018.

5) The case was dismissed on 09/26/2024.

6) Number of months from filing or conversion to last payment: 73.

7) Number of months case was pending: 87.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,109,128.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 27,011.50 | |
| Less amount refunded to debtor(s) | $ 139.50 | |
| **NET RECEIPTS** | | $ 26,872.00 |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 4,000.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 2,100.79 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 6,100.79 |
| Attorney fees paid and disclosed by debtor(s): | $ 1,000.00 |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GREGORY S. HAZLETT, ESQUIRE | Lgl | 0.00 | NA | NA | 4,000.00 | 0.00 |
| AIS PORTFOLIO SERVICE, LP | Uns | 4,166.28 | 4,291.46 | 4,291.46 | 18.77 | 0.00 |
| SNAP ON CREDIT | Uns | 455.00 | 112.06 | 112.06 | 112.06 | 0.00 |
| FIRST ASSOCIATES LOAN | Uns | 0.00 | 24,982.61 | 24,982.61 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICE, LP | Uns | 0.00 | 760.00 | 760.00 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICE, LP | Uns | 0.00 | 117.28 | 117.28 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS, INC | Uns | 40,446.00 | 41,202.27 | 41,202.27 | 180.08 | 0.00 |
| LOWER PAXTON TOWNSHIP | Sec | 10,813.09 | 10,109.44 | 10,109.44 | 10,109.44 | 0.00 |
| PPL ELECTRIC UTILITIES | Uns | 6,407.37 | 1,011.18 | 1,011.18 | 0.00 | 0.00 |
| QUANTUM3 GROUP, LLC | Uns | 0.00 | 259.57 | 259.57 | 0.00 | 0.00 |
| QUANTUM3 GROUP, LLC | Uns | 266.00 | 355.79 | 355.79 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 2,352.43 | 2,352.43 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 423.00 | 466.55 | 466.55 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 335.36 | 335.36 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| PHFA/HEMAP | Sec | 8,429.00 | 8,429.17 | 0.00 | 0.00 | 0.00 |
| PHFA/HEMAP | Uns | 0.00 | 8,429.17 | 8,429.17 | 36.84 | 0.00 |
| SELECT PORTFOLIO SERVICING | Sec | 154,486.00 | 148,983.08 | 2,213.03 | 2,213.03 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING | Sec | 0.00 | 148,983.08 | 8,100.99 | 8,100.99 | 0.00 |
| MATCO TOOLS | Sec | 5,618.00 | NA | NA | 0.00 | 0.00 |
| MIKE HESS | Sec | 5,618.77 | NA | NA | 0.00 | 0.00 |
| AFNI INC. | Uns | 118.11 | NA | NA | 0.00 | 0.00 |
| ARCADIA RECOVERY BUREAU | Uns | 140.00 | NA | NA | 0.00 | 0.00 |
| ARCADIA RECOVERY BUREAU | Uns | 544.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE URGENT CARE | Uns | 143.75 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTION | Uns | 134.00 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTION | Uns | 78.00 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTION | Uns | 27.00 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTION | Uns | 36.00 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTION | Uns | 380.00 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTION | Uns | 122.00 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTION | Uns | 35.00 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTION | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTION | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTION | Uns | 101.00 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTION | Uns | 101.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Uns | 3,807.29 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/LANE BRYANT | Uns | 144.00 | NA | NA | 0.00 | 0.00 |
| COMMERCIAL ACCEPTANCE | Uns | 166.25 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FINANCIAL | Uns | 1,823.16 | NA | NA | 0.00 | 0.00 |
| CREDENCE RESOURCE | Uns | 140.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 423.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 411.00 | NA | NA | 0.00 | 0.00 |
| MCKESSON PATIENT CARE | Uns | 746.11 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 2,090.63 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 1,007.44 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 1,813.70 | NA | NA | 0.00 | 0.00 |
| OFFICE OF UC BENEFITS | Uns | 1,212.00 | NA | NA | 0.00 | 0.00 |
| ORTHOPEDIC INSTITUTE OF PA | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| PEERLESS CREDIT SERVICES | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE LLC RESURGENT | Uns | 335.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 19.41 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES MANAGEMENT | Uns | 890.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RIVESIDE ANETHESIA | Uns | 157.50 | NA | NA | 0.00 | 0.00 |
| WEBBANK FINGERHUT | Uns | 254.00 | NA | NA | 0.00 | 0.00 |
| YOUNGS MEDICAL EQUIPMENT | Uns | 654.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 2,213.03 | $ 2,213.03 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 18,210.43 | $ 18,210.43 | $ 0.00 |
| **TOTAL SECURED:** | $ 20,423.46 | $ 20,423.46 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 84,675.73 | $ 347.75 | $ 0.00 |

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $ 6,100.79 | |
| Disbursements to Creditors | $ 20,771.21 | |
| **TOTAL DISBURSEMENTS:** | | $ 26,872.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  01/23/2025           By:  /s/ Jack N. Zaharopoulos
                                 STANDING CHAPTER 13 TRUSTEE

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)